IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PETE, Branden Bruce ) <br> ) <br> Defendant. ) | 03CR00355-004-PCT-RCB <br><br> ORDER CONTINUING SENTENCING |

Upon request of the U. S. Probation Officer and good cause appearing,
IT IS HEREBY ORDERED:

__✓__   continuing sentencing until _April 3, 2006, at 10:10 a.m._

_____   continuing sentencing until March 23, 2006.

_____   reaffirming the January 23, 2006 sentencing date.

Dated this __22__ of __Dec__, __2005__.

ROBERT C. BROOMFIELD
UNITED STATES DISTRICT JUDGE