**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**
**CRIMINAL SENTENCING MINUTES**

DATE: 4/17/2006    CASE NUMBER: CR 03-00355-004-PCT-RCB

Hon. ROBERT C. BROOMFIELD, Senior United States District Judge  #: 7018

USA vs. Branden Bruce Pete

DEFT: ☒ PRESENT  ☐ NOT PRESENT  ☒ Custody

Deputy Clerk  Vicki Reger                   Crt Rptr/ECR: Vicki Reger
A.U.S. Attorney  Vincent Q. Kirby           Interpreter ___
                                             Language ___
Attorney for Defendant  Thomas M. Hoidal (Appointed)

☐  Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

### JUDGMENT  [SENTENCE]

☐  Defendant is placed on probation for a period of __
   on Ct(s) __  ☐ with supervision  ☐ w/o supervision

☒  Committed to the custody of the Bureau of Prisons to be imprisoned for a period of Life on Ct(s) One, Two, Four and Seven of the Superseding Indictment, all counts to run concurrently.

☒  Supervised release term of 60 Months by law on Ct(s) One, Two, Four and Seven of the Superseding Indictment, all counts to run concurrently.

☐  Fine of $0 on Ct(s) One, Two, Four and Seven                    TOTAL FINE $0

☒  Restitution of $4,688.04 ordered pursuant to 18 U.S.C. 3596

☒  Special Assessment of $400.00 pursuant to 18 U.S.C. 3013 on Ct(s) One, Two, Four and Seven of the Superseding Indictment.

☒  Pursuant to Court Order: Ct(s) all remaining counts are dismissed

☐  Order bond exonerated        ☐ Bond exonerated upon surrender to USM

☒  Dft advised of right to appeal   ☐ Appeal bond set at $ __

☐  Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐  The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒  Other: Defendant is remanded to the custody of the United States Marshal .
The Court has considered the Defendant's Sentencing Memorandum [286] and concludes that Counts 3, 5 and 6 of the Superseding Indictment shall be vacated subject to reinstatement if the offense is over turned on appeal..
The Court **DENIES** the Defendant's objection to the presentence report [291].

**IT IS ORDERED** that the convictions on counts 3 and 5 shall be vacated subject to reinstatement if the greater offense as to each is over turned on appeal as required by U.S. v. Jose.

**IT IS FURTHER ORDERED** that because sections 18 USC §2245 and §1111 prescribe the same conduct, the conviction on count 6 is also vacated subject to reinstatement if the offense charged in count 4 is over turned on appeal and it is determined that the conduct involved in those 2 counts is different.