THOMAS M. HOIDAL
Law Office of Thomas M. Hoidal, P.L.C.
111 W. Monroe St., Suite 1210
Phoenix, AZ 85003
thoidal@hoidallawoffice.com
State Bar No. 007194
Telephone: (602) 254-0202
Facsimile:  (602) 254-0404

Attorney for Defendant PETE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Branden Pete,<br><br>          Defendant. | No. CR03-00355-004-PCT-RCB<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Branden Pete appeals to the United States Court of Appeals for the Ninth Circuit from the

    ( )    conviction only (Fed. R. Crim. P. 32(d))

    (X)    conviction and sentence

    ( )    sentence only (18 U.S.C. § 3742)

    ( )    order (specify) _____

entered in this action on April 17, 2006 by Judge Robert C. Broomfield.

    Sentence imposed:

                Custody of B.O.P. – life imprisonment on counts 1, 2, 4 and 7, to run concurrent;

                Special Assessment - $400.00;

                    Supervised Release – 60 months on counts 1, 2, 4 and 7, to run concurrent;

                    Restitution - $4,688.04;

Bail status:        In custody

      RESPECTFULLY SUBMITTED this __24th__ day of April, 2006.

                    LAW OFFICE OF THOMAS M. HOIDAL, P.L.C.

                    s/ Thomas M. Hoidal
                    THOMAS M. HOIDAL
                    Attorney for Defendant PETE

ORIGINAL electronically filed this __24th__ day of April, 2006, with:

    United States District Court
    District of Arizona
    CM/ECF - azd

COPY electronically distributed this same date to:

    Vincent Q. Kirby              Vincent.Kirby@usdoj.gov
    Assistant United States Attorney

A COURTESY COPY of the foregoing mailed this same date to:

    Honorable Robert C. Broomfield
    United States District Judge
    Sandra Day O'Connor U.S. Courthouse
    401 West Washington Street
    Phoenix, AZ  85003-2158


s/ Thomas M. Hoidal