WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )           Plaintiff, ) )   Vs. ) ) BRANDEN PETE, ) )           Defendant. ) ) | No. CR 03-355-4 PCT RCB<br><br>O R D E R |

IT IS ORDERED referring this matter to the Hon. Lawrence O. Anderson for the limited purpose of determining whether counsel should be appointed for Defendant Branden Pete.

DATED this 16th day of April, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to Defendant Branden Pete and counsel of record