WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-03-00355-4-PCT-RCB |
| Plaintiff, | **O R D E R** |
| v. | |
| Branden Pete, | |
| Defendant. | |

In light of the upcoming re-sentencing of petitioner Branden Pete, mandated by Miller v. Alabama, 567 U.S. ----, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012), see Doc. 356, the court hereby ORDERS that:

(1) the United States of America must file a sentencing memorandum within thirty (30) days from the date of entry of this order;

(2) the petitioner may, but is not required to, respond within fifteen (15) days after service of the United States of America's memorandum; and

(3) the United States Department of Probation must file an updated presentence report by no later than February 2l, 2014.

DATED this 13th day of January, 2014.

_____
Robert C. Broomfield
Senior United States District Judge