WO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-03-00355-004-PCT-RCB |
| Plaintiff, | **O R D E R** |
| vs. | |
| Branden Pete, | |
| Defendant. | |

Currently pending before the court is a motion by defendant Branden Pete to continue the scheduled re-sentencing from March 3, 2014 to April 7, 2014. Mot. (Doc. 362).  Defendant Pete further seeks an extension of time in which to file his responsive sentencing memorandum, as well as an extension of time in which the parties have to file objections to the draft updated presentence report. Id.   The United States has no objection to granting the requested relief. Id. at 1:19-20.   Accordingly, the court hereby **ORDERS** that:

(1)    defendant Branden Pete's re-sentencing, currently scheduled   for March 3, 2014, is continued until April 7, 2014 at 10:00 a.m. in Courtroom 606, Sandra Day O'Connor United States Courthouse, 401 West Washington, Phoenix, Arizona 85003;

(2)  a responsive sentencing memorandum, if any, from defendant Pete shall be filed and served by no later than March 24, 2014;

(3)  the parties' objections, if any, to the draft  presentence report, updated

1   January 28, 2014, shall be filed and served, and a copy provided to the United States

2   Probation Office by no later than March 31, 2014.

3       Dated this 20th day of February, 2014.

4

5   _____

6   Robert C. Broomfield

    Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28