WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, Plaintiff, v. **Branden Pete,** Defendant. | CR-03-0355-PCT-RCB <br><br> **ORDER** |

Currently pending before the court is a motion by defendant Branden Pete to continue the scheduled re-sentencing from April 7, 2014 to May 28, 2014. Mot. (Doc. 364). Defendant Pete further seeks an extension of time in which to file his responsive sentencing memorandum, as well as an extension of time in which the parties have to file objections to the draft updated presentence report. Id. The United States has no objection to granting the requested relief. Id. at 1:20-21. Accordingly, the court hereby ORDERS that:

(1) defendant Branden Pete's re-sentencing, currently scheduled for April 7, 2014, is continued until May 28, 2014 at 10:00 a.m. in Courtroom 606, Sandra Day O'Connor United States Courthouse, 401 West Washington, Phoenix, Arizona 85003;

(2) a responsive sentencing memorandum, if any, from defendant Pete shall be filed and served by no later than April 29, 2014; and

(3) the parties' objections, if any, to the draft presentence report, updated January 28, 2014, shall be filed and served, and a copy provided to the United States

Probation office no later than April 29, 2014

    DATED this 28th day of March, 2014.

_____
Robert C. Broomfield
Senior United States District Judge