DANIEL R DRAKE
DRAKE LAW, PLC
4340 East Indian School Road
Suite 21-113
Phoenix, Arizona 85018
daniel.drake@azbar.org
Arizona State Bar No. 003781
Telephone (602) 881-5341
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-03-0355-4-PCT-RCB |
|---|---|
| Plaintiff, | |
| v. | **BRANDEN PETE'S REQUEST TO TAKE JUDICIAL NOTICE** |
| Branden Pete, | |
| Defendant. | |

Branden Pete respectfully requests this Court to take judicial notice, pursuant to Fed. R. Evid. 201, of the following facts appearing in the records of this Court:

1. Alvin Lewis Jr. was sentenced to 300 months imprisonment following his conviction for 18 U.S.C. §§ 1153 and 1111, Second Degree Murder, in CR 07-1183-PHX-JAT.

2. Johnny Lopez was sentenced to combined 360 months imprisonment following his convictions for 18 U.S.C. §§ 1153 and 2111, Robbery and 18 U.S.C. § 924(c), Use of a Firearm in a Crime of Violence in CR 11-01835-PHX-ROS and 18 U.S.C. 1153 and 1111, Second Degree Murder in CR 11-01836-PHX-ROS. According to the case file, Mr. Lopez was 15 years old when he committed the robbery, and 16 years old when he murdered two people.

This information is relevant to sentencing factors set forth in 18 U.S.C. § 3553(a)(2) and (6).

1

Respectfully submitted this 22nd day of July 2014.

          DRAKE LAW, PLC

          *s/Daniel R. Drake*

          DANIEL R. DRAKE
          4340 E. Indian School Rd., #21-113
          Phoenix, AZ  85018
          daniel.drake@azbar.org
          602-881-5341

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System  for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Kirby
Assistant U.S. Attorney

    I also emailed a copy to Heather Hauptley at the U.S. Probation Office.

*s/Daniel R. Drake*