DANIEL R DRAKE
DRAKE LAW, PLC
4340 East Indian School Road
Suite 21-113
Phoenix, Arizona 85018
daniel.drake@azbar.org
Arizona State Bar No. 003781
Telephone (602) 881-5341
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Branden Pete,<br><br>　　　　Defendant. | CR-03-0355-4--PCT-SMM<br><br>**Notice of Appeal** |

　　　Notice is hereby given that Branden Pete, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the amended final judgment and sentence entered on July 28, 2014, Doc. 384.

.

　　　Dated this 29nd day of July 2014.

　　　　　　　　　　　　　　　　　　DRAKE LAW, PLC

　　　　　　　　　　　　　　　　　　*s/Daniel R. Drake*

　　　　　　　　　　　　　　　　　　DANIEL R. DRAKE

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Q. Kirby
Assistant U.S. Attorney

*s/Daniel R. Drake*

2