**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 06 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BRANDEN PETE, <br><br> Defendant - Appellant. | No. 14-10370 <br><br> D.C. No. 3:03-cr-00355-SMM <br> District of Arizona, <br> Prescott <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, Daniel R. Drake, Esq., to withdraw as counsel of record and for appointment of substitute counsel is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the District of Arizona, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by September 15, 2014.  The transcript is due October 15, 2014.  Appellant's opening brief and excerpts of record are due November 24, 2014; appellee's answering brief is due December 24, 2014; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel.

The Clerk shall also serve this order on appellant individually at Reg. No. 80183-008, Central Arizona Detention Center, 1155 North Pinal Parkway, Florence, Arizona 85132.