FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 07 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Branden Bruce Pete (04)<br>　　　　Defendant. | CR 03-00355-004-PCT-RCB<br><br>**WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM** |

TO THE WARDEN - USP Florence-High, U.S. Penitentiary, 5880 Hwy 67 S, P.O. Box 7000, Florence, CO  81226

You are commanded to bring the body of **Branden Bruce Pete, BOP No. 80183-008**, to the Sandra Day O'Connor United States Federal Courthouse, 401 West Washington Street, Phoenix, Arizona, Courtroom 606, on **Monday, March 3, 2014 at 10:00 AM** for re-sentencing before Senior District Court Judge Robert C. Broomfield. Upon termination of said proceedings, you shall return plaintiff to the custody of the USP Florence-High, Florence, Colorado to complete service of his sentence.

WITNESS the Honorable Robert C. Broomfield, Judge of the United States Court for the District of Arizona and the Seal of said Court, this _13_ day of _Jan_, 2014.

DATED this _16th_ day of _Jan_, 2014.

　　　　　　　　　　　　　　　BRIAN KARTH, Clerk/DCE

　　　　　　　　　　　　　　　By: _s/ Teddy Bengtson_
　　　　　　　　　　　　　　　　　Deputy Clerk

This court order has been fully executed by the United States Marshals Service on ___8-29-14___.
U.S. Marshal:
By: _[signature]_